FILED - USDC - NDTX - LU SEP 9 2026 PM1:59

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

EDUARDO LUIS HERNANDEZ

No. 5-26CR117-H

**INDICTMENT**

The Grand Jury Charges:

Count One
Assaulting a Federal Officer Involving Physical Contact
(Violation of 18 U.S.C. § 111(a)(1))

On or about June 12, 2026, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Eduardo Luis Hernandez**, defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: W.A., a Special Agent with Homeland Security Investigations, an agency in the executive branch of the United States government, while W.A. was engaged in, and on account of, the performance of his official duties, and such acts involved physical contact with W.A.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

____________________________
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

____________________________

CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7564
Facsimile: 806-472-7394
E-mail: callie.woolam@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

EDUARDO LUIS HERNANDEZ

INDICTMENT

COUNT 1: ASSAULTING A FEDERAL OFFICER INVOLVING PHYSICAL CONTACT
Title 18, United States Code, Section 111(a)(1).

(1 COUNT)

A true bill rendered:

Lubbock ______________________ Foreperson

Filed in open court this 9th day of September 2026.

______________________ Clerk

ARREST WARRANT TO ISSUE

______________________
UNITED STATES MAGISTRATE JUDGE